AO 246A (Rev. 01/09) Order of Discharge and Dismissal Under 18 U. S. C. § 3607(a)

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:16CR00375-1 |
| Joshua D. Thompson | ) | |
| *Defendant* | ) | |

## ORDER OF DISCHARGE AND DISMISSAL UNDER 18 U. S. C. § 3607(a)

The supervising probation officer reports that the defendant has complied with the conditions of probation and recommends discharge from probation.

**IT IS ORDERED:** Joshua D. Thompson is discharged from probation, and the proceedings are dismissed without a judgment of conviction.

Date: 10-17-17

*Judge's signature*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

*Printed name and title*